## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **SPECIALIZED LOAN SERVICING LLC, WHOSE ADDRESS IS 8742 LUCENT BLVD., STE. 300, HIGHLANDS RANCH, CO 80129 (303)895-2405, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**.

Said Mortgage is dated 02/16/2007, made by **FRANCES L. PLOURDE** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR THE MORTGAGE SPECIALISTS, INC., ITS SUCCESSORS AND ASSIGNS** and recorded on 03/08/2007 in **Book 15101 and Page 0959**, in the office of the Recorder of **CUMBERLAND** County, **Maine**.
Re-Record: REC. DT: 10/31/2008 BK: 26428 PG: 312.

**IN WITNESS WHEREOF**, this Assignment was executed **this 29th day of January in the year 2018.**
NATIONSTAR MORTGAGE LLC

**FRANCIS DENARDO**
Vice President of Loan Documentation

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 29th day of January in the year 2018, by Francis DeNardo as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**MICHELLE BROWN**
COMM EXPIRES: 10/13/2020

MICHELLE BROWN
Notary Public - State of Florida
My Commission #GG 38514
Expires October 13, 2020

Instrument Prepared By: **Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
NSBTA 401980346 20171218_SLS   MIN   MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T261801-10:55:31 [C-1]  EFRMME1


EXHIBIT E