This Instrument Prepared By:
COMPUTERSHARE TITLE SERVICES
c/o VISIONET SYSTEMS INC.
After Recording Return To:
COMPUTERSHARE TITLE SERVICES
c/o VISIONET SYSTEMS INC.
183 INDUSTRY DRIVE
PITTSBURGH, PA 15275
Voice: 1-(412) 927-0226

## Assignment of Mortgage
(Corrective)

ORDER #: 239768-1

For value received, the undersigned, hereby grants, assigns, and transfers to: **U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust** all beneficial interest under that certain Mortgage dated February 16, 2007 executed by:

Borrower: FRANCES L. PLOURDE, UNMARRIED

For MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for THE MORTGAGE SPECIALISTS, INC., its successors and assigns, whose address is P.O. Box 2026, Flint, MI 48501-2026 in the amount of: $123,000.00, recorded 10/31/2008 as Instrument No.: 61376 in Book/Volume: 26428 Page: 312 of the Official Records of Cumberland County, Maine

Property Address: 63 HASKELL AVENUE, RAYMOND, MAINE 04071
Legal Description: SEE "EXHIBIT A"

NOTE: ***THIS ASSIGNMENT IS BEING RECORDED TO CORRECT THE RECORDED INFORMATION OF THE MORTGAGE ON ASSIGNMENT RECORDED 02/07/2019 AS INSTRUMENT NO.: 5230 IN BOOK 35448, PAGE 193***

Effective date: 5/31/2019

SPECIALIZED LOAN SERVICING LLC

By: _____
SCOTT SLAGLE
ASSISTANT VICE PRESIDENT

State of **PENNSYLVANIA**
County of **ALLEGHENY**

On 5/31/2019 before me, Pamuela L Wood the undersigned, a Notary Public in and for the county of ALLEGHENY in the State of Pennsylvania, personally appeared Scott Slagle, ASSISTANT VICE PRESIDENT personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that for his/her signature on the instrument the person, or the entity upon behalf of which he/she acted, executed the instrument.

_____
Pamuela L Wood
My Commission Expires: 02/07/2021

Commonwealth of Pennsylvania - Notary Seal
PAMUELA L WOOD - Notary Public
Allegheny County
My Commission Expires Feb 7, 2021
Commission Number 1305462

EXHIBIT G

DOC :23290  BK:35693  PG:317
RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
06/05/2019, 08:06:12A
Register of Deeds Nancy A. Lane   E-RECORDED

## "EXHIBIT A"

A CERTAIN LOT OR PARCEL OF LAND SITUATED AT "CRESCENT LAKE TERRACE" SO-CALLED, IN THE TOWN OF RAYMOND, COUNTY OF CUMBERLAND AND STATE OF MAINE, BEING LOT NO. FORTY-ONE (41), AS SHOWN ON A PLAN OF W.W. BLANCHARD, C.E., SHEET #2, DATED MAY 1931 AND RECORDED IN THE CUMBERLAND COUNTY REGISTRY OF DEEDS IN PLAN BOOK 28 PAGE 19, TO WHICH REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION.

BEING THE SAME PROPERTY CONVEYED TO FRANCES L. PLOURDE RECORDED SEPTEMBER 8, 1997 AT BOOK 13306 PAGE 90 OF THE CUMBERLAND COUNTY REGISTRY OF DEEDS.