# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | CIVIL ACTION NO: |
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE: 63 Haskell Avenue, Raymond, ME 04071 |
| Frances L. Plourde | Mortgage: February 16, 2007 Book 26428, Page 312 |
| Defendant Infinity Federal Credit Union | |
| Party-In-Interest | |

Pursuant to Federal Rule of Civil Procedure 7.1, 28 U.S.C. § 1332 and to enable District Judges and Magistrate Judges of the Court to evaluate the basis for Diversity Jurisdiction, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Plaintiff hereby submits Local Rule 7.1 Disclosure Statement, and Plaintiff states the following:

This Honorable Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a

party's stock and any other identifiable entities related to any party in this case are as follows:

> Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
> U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust - Plaintiff
> Frances L. Plourde - Defendant
> Infinity Federal Credit Union - Party-in-Interest

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is a National Association, with its principal place of business and main office in the State of Delaware at 1100 North Market Street Wilmington, Delaware, 19890.

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust

Defendant, Frances L. Plourde, is a resident of Raymond, County of Cumberland and State of Maine.

The object of this litigation is a Note executed under seal currently owned and held by Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, in which Frances L. Plourde is the obligor and the total amount owed under the terms of the Note, as of May 1, 2024 is One Hundred Six Thousand Eight Hundred Nine and 42/100 ($106,809.42) Dollars, which includes:

| Description | Amount |
| --- | ---: |
| Principal Balance | $72,715.17 |
| Interest | $2,658.34 |
| Unpaid Late Charges | $788.03 |
| Principal Deferment Amount | $28,600.00 |
| Escrow/Impound Overdraft | $1,867.88 |
| Recoverable Corporate Advances | $180.00 |
| Grand Total | $106,809.42 |

Thus, the amount in controversy well exceeds the jurisdictional threshold of seventy-five

thousand ($75,000.00) dollars, citizenship of the parties is diverse, and jurisdiction is proper.

        Respectfully submitted,
        U.S. Bank Trust, N.A., as Trustee for LSF10
        Master Participation Trust
        By its attorneys

Dated: June 3, 2024        /s/Reneau J. Longoria, Esq.
        Reneau J. Longoria, Esq. Bar No. 005746
        Attorney for Plaintiff
        Doonan, Graves & Longoria, LLC
        100 Cummings Center, Suite 303C
        Beverly, MA 01915
        (978) 921-2670
        RJL@dgandl.com

# CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq. hereby certify that on June 3. 2024, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Frances L. Plourde
P.O. Box 25
Raymond, ME 04071

Frances L. Plourde
63 Haskell Avenue
Raymond, ME 04071

J. Scott Logan
75 Pearl Street, Suite 212
Portland, ME 04101

Infinity Federal Credit Union
202 Larrabee Road
Westbrook, ME 04092